Rudy L. Patrick ISBN 6138
THE PATRICK LAW GROUP
129 E. Pine Avenue
Meridian, Idaho 83642
Telephone: 888-602-6186
Facsimile: 888-620-7705
Email: rudy@rudypatrick.com
Service Email: office@rudypatrick.com

Attorney for Creditor Shane McConnell

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>Amanda Lee McConnell,<br><br>　　　　　Debtor. | Bankruptcy Case No. 16-01418-JDP<br>Chapter 7 |
| Shane M. McConnell,<br>　　　　　Plaintiff,<br>vs.<br>Amanda Lee McConnell,<br>　　　　　Defendant. | Adv. Proceeding No. 17-6004-JDP |

## STIPULATION

　　　　Shane M. McConnell, creditor in the above-captioned bankruptcy case, by and through its counsel of record, brought claims against Amanda Lee McConnell for Determination of Non-Dischargeable Debt pursuant to 11 U.S.C. § 523(a)(15).

1. In efforts to avoid the costs, burdens, and uncertainties of trial, both parties have agreed to settle this adversary proceeding as follows:

    a. The duties of Amanda Lee McConnell, Debtor/Defendant owned to Shane M. McConnell, Plaintiff herein, pursuant to her divorce decree from him entered, October 15, 2015, shall be exempt from discharge pursuant to 11 U.S.C. §523(a)(15), to the extent he has been obligated to pay or defend the same.

    b. Amanda Lee McConnell, Debtor/Defendant shall assume her duty to indemnify and hold Shane M. McConnell, Plaintiff herein, harmless for any further liability concerning the debt of Business loans and debts associated with the business Outdoor Living which was assigned to her in the divorce decree.

    c. Amanda Lee McConnell, Debtor/Defendant shall reimburse Shane M. McConnell, Plaintiff herein, $1,550.00 representing funds paid to Zion's Bank in payment of a portion of the above debt. This reimbursement shall be made within ten (10) days of the entry of this order.

    d. Amanda Lee McConnell, Debtor/Defendant shall reimburse Shane M. McConnell, Plaintiff herein, $2,000.00 representing funds paid for attorney's fees in this action. This reimbursement shall be made within ten (10) days of the entry of this order.

2. The parties further stipulate that Rudy L. Patrick of the firm The Patrick Law Group, represents Shane M. McConnell, Petitioner, in preparation of this agreement and throughout all the proceedings herein. John O. Avery of Avery Law, represents Amanda Lee McConnell, Debtor/Defendant, represents in preparation of this agreement and throughout all the proceedings herein. Each party has therefore sought and obtained whatever legal advice each wished in connection with the provisions in this Agreement. Each party acknowledges they have read this Agreement and understand the Agreement prior to signing the same.

WHEREAS, the parties hereby stipulate and agree that Order Re; Non-Dischargeability of Debt attached hereto as Exhibit "A" June be entered into this Court without further notice.

DATED this 16th day of June, 2017.

/s/ Shane McConnell
Shane L. McConnell, Plaintiff

THE PATRICK LAW GROUP

/s/ Rudy L. Patrick
Rudy L. Patrick, of the firm
Attorney for Plaintiff, Shane M. McConnell

STATE OF IDAHO  )
                ) ss.
County of Ada   )

On this 16 day of June, 2017, before me, the undersigned, Rudy L. Patrick, a Notary Public in and for the State of Idaho, personally appeared SHANE M. MCCONNELL, known or identified to me to be the person whose name is subscribed to the foregoing instrument as the Petitioner and acknowledged to me that she executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and seal on the date last above written.

NOTARY PUBLIC: Rudy L. Patrick
Residing at: Boise, Idaho
My Commission Expires: 08/31/2017

DATED this 14th day of June, 2017.

/s/ _____
Amanda Lee McConnell, Defendant

AVERY LAW

/s/ _____
John Q. Avery, of the firm
Attorney for Defendant, Amanda Lee McConnell

STATE OF IDAHO  )
                ) ss.
County of Ada   )

On this 14th day of June, 2017, before me, the undersigned, Crystal Marie Robertson, a Notary Public in and for the State of Idaho, personally appeared AMANDA LEE MCCONNELL, known or identified to me to be the person whose name is subscribed to the foregoing instrument as the Petitioner and acknowledged to me that she executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and seal on the date last above written.

NOTARY PUBLIC: Crystal Marie Robertson
Residing at: Boise Idaho, Idaho
My Commission Expires: 9/27/2022

Rudy L. Patrick ISBN 6138
THE PATRICK LAW GROUP
129 E. Pine Avenue
Meridian, Idaho 83642
Telephone: 888-602-6186
Facsimile: 888-620-7705
Email: rudy@rudypatrick.com
Service Email: office@rudypatrick.com

Attorney for Creditor Shane McConnell

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>Amanda Lee McConnell,<br><br>       Debtor. | Bankruptcy Case No. 16-01418-JDP<br>Chapter 7 |
| Shane M. McConnell,<br>       Plaintiff,<br>vs.<br>Amanda Lee McConnell,<br><br>       Defendant. | Adv. Proceeding No. 17-6004-JDP |

### ORDER RE: NON-DISCHARGEABILITY OF DEBT

    IT IS HEREBY ORDERED as follows:

    1. The duties of Amanda Lee McConnell, Debtor/Defendant owed to Shane M. McConnell, Plaintiff herein, pursuant to her divorce decree from him entered,

October 15, 2015, shall be exempt from discharge pursuant to 11 U.S.C. §523(a)(15), to the extent that he has been obligated to pay or defend the same.

2. Amanda Lee McConnell, Debtor/Defendant shall assume her duty to indemnify and hold Shane M. McConnell, Plaintiff herein, harmless for any further liability concerning the debt of **Business loans and debts associated with the business Outdoor Living which was assigned to her in the divorce decree.**

3. Amanda Lee McConnell, Debtor/Defendant shall reimburse Shane M. McConnell, Plaintiff herein, $1,550.00 representing funds paid to Zion's Bank in payment of a portion of the above debt. This reimbursement shall be made within ten (10) days of the entry of this order.

4. Amanda Lee McConnell, Debtor/Defendant shall reimburse Shane M. McConnell, Plaintiff herein, $2,000.00 representing funds paid for attorney's fees in this action. This reimbursement shall be made within ten (10) days of the entry of this order.

IT IS SO ORDERED.

DATED this ___ day of June, 2017.

//END OF TEXT//